**DUANE MORRIS** LLP
By:    Alexander D. Bono (admitted *pro hac vice*)
Lynne E. Evans (Bar No. 901422012)
Kelly Huff (Bar No. 132012014)
30 South 17th Street
Philadelphia, PA 19103
Tel:  (215) 979-1000
Fax:  (215) 979-1020
*Attorneys for Defendants TD Bank, N.A.*
*and The Toronto-Dominion Bank*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR-ALEXANDER GODOY, | : |
| | : **Civil Action No. 1:17-cv-13149** |
| Plaintiff, | : |
| | : |
| v. | : |
| | : RETURN DATE:  NOV. 5, 2018 |
| TD BANK, N.A., THE TORONTO- | : |
| DOMINION BANK, and DOES 1-10, | : ORAL ARGUMENT REQUESTED |
| | : |
| Defendants. | : |
| | : |

## TD BANK, N.A.'S AND THE TORONTO-DOMINION BANK'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2), (b)(3), (b)(5) and (b)(6), Defendants TD Bank, N.A. ("***TD Bank***") or The Toronto-Dominion Bank ("***T-D***") move for an order dismissing Plaintiff Arthur-Alexander Godoy's Amended Complaint.  There are six reasons why the Motion to Dismiss Godoy's Amended Complaint should be granted and the Amended Complaint should be ***dismissed with prejudice***:

*First*, TD Bank and T-D still have not been properly served, Rule 12(b)(5);

*Second*, for lack of personal jurisdiction as to T-D, Rule 12(b)(2);

*Third*, for lack of subject matter jurisdiction, Rule 12(b)(1);

*Fourth*, for improper venue, Rule 12(b)(3);

*Fifth*, for *forum non conveniens*; and

*Sixth*, for failure to state a claim, Rule 12(b)(6).


Respectfully submitted,

Dated:  October 1, 2018          */s/* Kelly Huff
                                 Alexander D. Bono (admitted *pro hac vice*)
                                 Lynne E. Evans (Bar No. 901422012)
                                 Kelly Huff (Bar No. 132012014)
                                 **DUANE MORRIS LLP**
                                 30 South 17th Street
                                 Philadelphia, PA 19103
                                 Tel: (215) 979-1000
                                 Fax: (215) 979-1020
                                 ADBono@duanemorris.com
                                 LEEvans@duanemorris.com
                                 KKHuff@duanemorris.com

                                 *Attorneys for Defendants TD Bank, N.A.*
                                 *and The Toronto-Dominion Bank*