[Dkt. No. 26]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENÉE MARIE BUMB**<br>**UNITED STATES DISTRICT JUDGE** | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Chambers 6050<br>P.O. Box 2736<br>Camden, New Jersey 08101<br>(856) 757-5020    Fax (856) 757-5474 |

May 23, 2019

**ELECTRONICALLY FILED**

**LETTER ORDER**

Arthur-Alexander Godoy
3001 Cambie Street
Vancouver, BC [V5Z 4N2]
CANADA

Alexander D. Bono, Esquire
Lynne E. Evans, Esquire
Kelly Huff, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

     Re:  Arthur-Alexander Godoy v. TD Bank, N.A. et al.
           Civil Action No. 17-13149 (RMB/KMW)

Dear Counsel and Mr. Godoy:

    The Court is in receipt of Mr. Godoy's letter, dated May 20, 2019 [Dkt. No. 34], stating that he is unable to attend oral argument on Defendants' Motion to Dismiss the Amended Complaint [Dkt. No. 26], currently scheduled for May 30, 2019, due to previous family commitments.

    In consideration of Mr. Godoy's inability to attend, oral argument is **ADJOURNED** and **RESCHEDULED** to June 21, 2019, at 10:00 a.m., in Courtroom 3D, at the Mitchell H. Cohen Federal Courthouse, 4th and Cooper Streets, Camden, New Jersey. Additionally, Defendants' Motion to Dismiss [Dkt. No. 26] is **ADMINISTRATIVELY TERMINATED**, subject to reinstatement upon the appearance of the parties at oral argument.

    Plaintiff shall confirm his attendance to this Court by contacting Deputy Clerk Arthur Roney (856) 757-5014, by no later than June 14, 2019.

    Kindly mark your calendars accordingly.

                                 Very truly yours,

                                 s/Renée Marie Bumb
                                 RENÉE MARIE BUMB
                                 United States District Judge