# Arthur Alexander Godoy

℅ 3001 Cambie Street Vancouver British Columbia Canada [V5Z 4N2]

June 5, 2019

UPS TRACKING Number: 1Z 9W9 61E DA 90535738

UNITED STATES DISTRICT COURT
MITCHELL H. COHEN COURTHOUSE
I John F. Gerry Plaza Chambers 6050
P.O. Box 2736
Camden, NJ 08101
856-757-5014, 856-757-5929



RECEIVED IN
CHAMBERS OF

JUN -7 2019

RENÉE MARIE BUMB, U.S.D.J.

**ATTENTION**: Deputy Clerk Arthur Roney.
Case No. **1:17-cv-13149- RMB-KMW**

## PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWAL IN FAVOUR OF DISMISSAL
## NON-NEGOTIABLE

Dear Mr. Roney and Judge Bumb,

I, Arthur-Alexander Godoy, herein Plaintiff and Authorized Representative for ARTHUR ALEXANDER GODOY, do hereby voluntarily withdraw any and all claims against TD BANK, TD, Toronto Dominion Bank in favour of dismissal regarding case number **1:17-cv-13149- RMB-KMW.**

Please accept this PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWAL IN FAVOUR OF DISMISSAL as termination and **final action** in case number **1:17-cv-13149- RMB-KMW.**

**All CLAIMS COMPLAINTS ARE HEREBY WITHDRAWN AND TERMINATED.**

**With Prejudice, Without Recourse to I, All Rights Reserved.**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

SINCERELY,

By: _/s/ Arthur-Alexander Godoy_
Arthur-Alexander Godoy, All Rights Reserved
Authorized Representative

This UPS envelope is for use with the following s
UPS Express® Early
UPS Worldwide Express
UPS Express®
UPS Express Saver®
UPS Expedited®

**Extremely Urgent**
**Extrêmement urgent**

```
ART GODOY                    0.5 LBS        LTR 1 O
6048394765
3001 CAMBIE ST               SHP#: 9W96 1ESV 7WG
VANCOUVER  BC   V5Z4N2       SHP WT: LTR
CANADA                       DATE: 06 JUN 2019

SHIP  ARTHUR RONEY
 TO:  (856) 757-5014
      MITCHELL H COHEN COURTHOUSE
      CHAMBERS 6050   BOX 2736,US DISTRICT COURT
      1 JOHN F GERRY PLZ
      CAMDEN    NJ 08102-1571
      UNITED STATES
```

NJ 081 9-06

UPS SAVER                                    1P
TRACKING #: 1Z 9W9 61E DA 9053 5738

BILLING: P/P
ADULT SIGNATURE REQUIRED - MIN 21       EDI-DOC
DESC: DOCS ONLY

REF #1: 041322
REF #2: 4495625K

ISH 13.00N ZZP 450 12.5U 04/2019

Contains recycled paper
Contient du papier recyclé

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rule
Avis sur l'expédition d'envois internationaux — Le transport effectué en vertu des présentes peut être sujet aux règles relatives à la responsabilité et aux autres modalités ou conditions fixées par la Convention pour l'ur

United Parcel Service Canada Ltd.    United Parcel Service du Canada Ltée